UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ORTHOPEDIC AND SPORTS MEDICINE CENTER OF NORTHERN INDIANA, INC., et al.<br><br>Defendants. | ) CASE NO. 3:14-cv-1548-RL |

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The individual defendants in this action (see attached sheet), by their respective counsel, respectfully move this court for additional time to respond to the motion for summary judgment filed by plaintiff, Westfield Insurance Company. In support of this motion, the individual defendant's state:

1. Westfield filed its motion for summary judgment on March 31, 2016.

2. Pursuant to Local Rule 56-1, the individual defendant's response brief would be due on or before April 27, 2016.

3. The individual defendants in this case are represented by a number of different attorneys throughout Indiana. Such defendants contemplate filing a single responsive brief on behalf of all individual defendants. To do so, will require additional coordination and time.

4. The undersigned has been in contact with counsel for Westfield Insurance Company, specifically, Mark R. Smith, regarding the filing of this motion. Mr. Smith indicated that Westfield had no objection to this motion being granted.

5. The undersigned has been in contact with counsel for the other individual defendants and they have authorized the undersigned to file this motion on behalf of all individual defendants.

Respectfully submitted,

FOLEY & SMALL

/s/ Douglas D. Small
Douglas D. Small, #2040
1002 East Jefferson Blvd.
South Bend, IN 46617
Telephone: (574) 288-7676
Counsel for Defs. Joe Alcozar, Linda Alcozar, Ardemus Allen et al.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2016, a copy of the foregoing "Unopposed Motion for Additional Time to Respond to Plaintiff's Motion for Summary Judgment" was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mark R. Smith @ msmith@smithfisher.com
*Counsel for Pltf., Westfield Insurance Company*

Lyle R. Hardman @ lhardman@hsk-law.com
*Counsel for Def. Orthopedics and Sports Medicine and "Anonymous" Defs.*

Richard W. Morgan @ rmorgan@pilawyers.com
Jeffrey J. Stesiak @ jstesiak@pilawyers.com
*Counsel for Defs Delacruz; Landon; Fred and Janet Schrock and Tolbert*

Edmond W. Foley @ efoley@foleyandsmall.com
*Counsel for Defs. Joe Alcozar, Linda Alcozar, Ardemus Allen et al.*

Lance D. Cline @ lance@cfcl-law.com
*Counsel for Def. Diane Guertin*

Edward B. Mulligan V @ nmulligan@cohenandmalad.com
Gregory L. Laker @ glaker@cohenandmalad.com
*Counsel for Defs. Susan and Michael Hancock*

William N. Riley @ wriley@price-law.com
Joseph N. Williams @ jwilliams@price-law.com
James A. Piatt @ jpiatt@price-law.com
*Counsel for various Defs. Shirley Barnes through Joan Wilson (x32)*

Robert T. Dassow @ rdassow@hovdelaw.com
*Counsel for Defs. George Brown and Judith Brown*

/s/ Douglas D. Small
Douglas D. Small, #2040-34

**LIST OF INDIVIDUAL MOVANT PLAINTIFFS**

ASC SURGICAL VENTURES, LLC d/b/a OSMC )
OUTPATIENT SURGERY CENTER; ABC )
CORPORATION; ANONYMOUS MD; )
ANONYMOUS OUTPATIENT SURGERY )
CENTER; ANONYMOUS PHYSICIAN; )
ANONYMOUS PROFESSIONAL MEDICAL )
CORPORATION 1; ANONYMOUS )
PROFESSIONAL MEDICAL CORPORATION 2; )
ANONYMOUS SPORTS MEDICINE CENTER; )
ANONYMOUS SURGERY CENTER; JOHN )
DOE, M.D.; OSMC JOHN DOE COMPANY; )
XYZ CORPORATION; JOE ALCOZAR; )
LINDA ALCOZAR; ARDEMUS ALLEN; )
SHIRLEY BARNES; LINDA BLACK; ARLENE )
BOSTIC; GEORGE BOSTIC; RON BRIGGS; )
TRACEY BRIGGS; GEORGE BROWN; JUDITH )
BROWN; BRENDA BROWNING; LARRY)
BROWNING; MONICA CHERNIAK; RUDOLPH )
CHERNIAK; ELIZABETH COBB; ROBERT )
COBB; DAVID COPP; LEISA COPP; BRUCE )
COX, Co-Personal Representative of the Estate of )
Marjorie Cox, Deceased; BRUCE COX, Power of )
Attorney for E. Wayne Cox; ALAN CRAIGO; )
ELLEN CRAIGO; DAWN CUBBERNUSS, )
Co-Administrator of the Estate of Daniel Richard )
Rohrer, Deceased; MELISSA K. DELACRUZ, )
Personal Representative of the Estate of Ernesteen )
I. Huff, Deceased; JOHN DILLON, Personal )
Representative of the Estate of Kathy Dillon, )
Deceased; PATRICIA DURBEN, Personal )
Representative of the Estate of Jack Durben, )
Deceased; DAWN ELLIOTT; DONALD FLOREA, )
Personal Representative for the Estate of Pauline )
Burema, Deceased; PATRICIA FORTIER; JACK )
FRICK; SUSAN FRICK; BRENDA GARL; )
DAVID GARL; CAROLYN GREENWOOD; )
JAMES GREENWOOD; SUSAN GRICE; DIANE )
GUERTIN; DONNA HAAS; RICKIE HAAS; )
MICHAEL E. HANCOCK; SUSAN R. )
HANCOCK; DON HINKLE; NANCY HINKLE; )
BYRON HOLDEN; KAREN HOLDEN; )
KENNETH HURST; JAN HUXFORD; SCOTT )
HUXFORD; JORGE ISLAS; NANCY ISLAS; )
KENNYATTA JACKSON; SYLVIA A. )

JACKSON; DORIS JEWEL; ROBERT JEWEL; )
ELIZABETH JONES; CYNTHIA KASER; )
TERRY KASER; DORIS KEIM; ROY KEIM; )
TRACY KLEMM, Individually and as the Next )
Friend of KK, A Minor; BILLIE KNIFFIN; SETH )
KNIFFIN; CINDYLU KONANZ; CATHERINE )
KOZIATEK; STEVE KOZIATEK; YVONNE )
KUBISZEWSKI; MARY LAMBERT; EDWARD )
G. LANDON, SR.; SHERI LANDON; KERRY )
LAWSON; MICHAEL LAWSON; CHARLOTTE )
LAY; TOM LAY; THOMAS LEGG, JR.; LORI )
LEGG-WILLLIAMS; DANIEL LENHART; )
KATHY LENHART; SAMUEL LOCK; DONNA )
MCCLURE; L.C. MCCLURE; JIM MCQUEEN; )
FLORENCE MAKOUSKY; PATRICK )
MAKOUSKY; CAROLYN MALONEY; DENNIS )
MALONEY, Power of Attorney for Carolyn )
Maloney; DELBERT MILLER; KATRINA )
MILLER; CARRIE MOHR; MICHAEL MOHR; )
DONALD OWEN; JAGDISH PATEL; JOHN )
PAVLEKOVICH; TAMERA PAVLEKOVICH; )
DOUG PEDLER; KRIS PEDLER; DEBRA )
PINNYEI; LASZLO PINNYEI; GREG )
PLETCHER; JUDY PLETCHER; SANDRA )
POLK; RESHONDA PRINGLE; STACEY )
PRITCHARD; TIMOTHY PRITCHARD; )
CHRISTY RAMSEY, Personal Representative of )
the Estate of Isabelle Floor, Deceased; JOSHUA )
REAMS; THOMAS REED; DON REINHARDT; )
JOAN REINHARDT; SANDRA RHODES; )
KIMBERLY RICE; TYLER RICE; BRENDA )
ROARK; MICHELLE ROBINSON; DIANA )
ROHRER, Individually as Co-Administrator of the )
Estate of Daniel Richard Rohrer, Deceased; )
KAREN ROMANO; GAIL ROSS; JOANN )
SCHROCK; RICHARD SCHROCK; FRED )
SHROCK; JANET S. SHROCK; GREG SHUFF; )
RACHELLE SHUFF; DAVID SIMS; WINNIE )
SIMS; DOUGLAS SINN; PAULETTE SINN; )
JACK SMITH; JERRY SMITH; JOY SMITH; )
JOHN SOLI; JUDY SOLI; PHYLLIS SUROWIEC; )
ROBERT SUROWIEC; DANNY SWARTZELL; )
NATHAN TACY; RICHARD TALLMAN; )
ALBERT TIROTTA; BARBARA TIROTTA; )
MARY JO TOLBERT; EUGENE TOPOLOSKI, )
Co-Personal Representative of the Estate of )
Marjorie Cox, Deceased; TERRY TROST; DAVY )
TROXEL; RHONDA TROXEL; GINGER TUFF; )

JACK TUFF; BARBARA VITOU; MICHAEL )
VITOU; DEBBIE WALTER; MICHAEL )
WALTER; AUGUSTA WEGNER; DUANE )
WEGNER; GAIL WILFING; GREG WILFING; )
CINDY WILSON Personal Representative of the )
Estate of Viola Copsey, Deceased; JOAN )
WILSON; RACHEL WOLFE; WILBUR WOLFE, )
JR.; KAREN WYRES; XYZ CORPORATION; )
and JENNIFER YOE, )